UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN)

| | |
|---|---|
| **DIRECTV, Inc.** | ) Case No.: 03cv12393 RCL |
| | ) |
| Plaintiff, | ) MOTION TO EXTEND TIME FOR |
| | ) SERVICE PURSUANT TO F.R.C.P. 4 (m) |
| vs. | ) |
| | ) |
| **Derek Santillo** | ) |
| | ) |
| Defendant | ) |

Now comes the Plaintiff in the above-entitled action, and, moves this court for an order extending the time to make service upon the defendant pursuant to Federal Rule Civil Procedure 4 (m) by an additional 60 days. The Plaintiff asserts that there is good cause for the failure to make service or to certify the service has been made to date in that:

1. This complaint was filed on or about November 26, 2003.

2. Summons was issued dated December 8, 2003.

3. Documents for service were sent to a sheriff on or about to March 1, 2004;

4. The sheriff contacted the Plaintiff's counsel on or about March 5, 2004 to notify that all documents would be sent back as the Defendant could not be found in that county;

5. The Plaintiff needs additional time to contact sheriff's office to effectuate service.

In further support of this motion the Plaintiff:

6. Offers the affidavit of Attorney John M. McLaughlin; and

7. States that the affidavit contains factual assertions giving rise to good cause to extend the subject time by 60 days.

3/24/04
Date

John M. McLaughlin (BBO.: 556328)
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865