UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Derek Santillo<br><br>Defendant | Case No.: 03CV12393RCL<br><br>**AFFIDAVIT OF JOHN M. MCLAUGHLIN IN SUPPORT OF THE MOTION TO EXTEND TIME FOR SERVICE PURSUANT TO F.R.C.P. 4 (m)** |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. This complaint was filed on or about November 26, 2003.

2. Summons was issued dated December 8, 2003.

3. Documents for service were sent to a sheriff on or about to March 1, 2004;

4. The sheriff contacted the Plaintiff's counsel on or about March 5, 2004 to notify that all documents would be sent back as the Defendant could not be found in that county;

5. Thereafter, the Plaintiff's counsel contacted the sheriff's office on March 23, 2004 to inquire on status of the documents and was told that they would forward the documents immediately; and

6. The Plaintiff needs more time to effectuate service on the Defendant.

Subscribed and sworn to, under the pains and penalties of perjury, this 23rd day of March 2004.

_____
John M. McLaughlin

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 23 day of March, 2003, a copy of the foregoing Motion To Extend Time For Service Pursuant To F.R.C.P. 4 (m) and Affidavit Of John M. McLaughlin In Support Of The Motion To Extend Time For Service Pursuant To F.R.C.P. 4 (m) was mailed first class to:

Derek Santillo
819 County Street, Apt. 72
Taunton, MA 02780

_____
John M. McLaughlin, Esq.