AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Derek Santillo

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12393 RCL

TO: (Name and address of Defendant)

Derek Santillo
35 Sophia Avenue
Brockton, MA 02301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12-8-03



**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

March 23, 2004

By virtue of this writ I have made diligent search for the within-named Derek Santillo and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Diligent Search ($10.00) Total Charges $10.00

Deputy Sheriff  Roger B. Whitcomb

_____
Deputy Sheriff

☐ Other (specify): _____

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

March 31, 2004

I hereby certify and return that on 3/31/2004 at 08:02 am I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Corporate Disclosure, Case Coversheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Derek Santillo, 819 County Street Apt. #D-72 Taunton, MA 02780 and by mailing first class mail to the above-mentioned address on 3/31/2004.  Copies ($4.00), Conveyance ($3.75), Travel ($17.60), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $58.60

Deputy Sheriff Richard W. Hinkley

_____
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.