# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: **03cv12393 RCL** |
| | ) |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S REQUEST** |
| vs. | ) **FOR ENTRY OF DEFAULT** |
| | ) |
| Derek Santillo | ) |
| | ) |
| Defendant | ) |

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **Derek Santillo**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

_____
Date  5/21/04

_____
John M. McLaughlin (BBO: 556328)
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 2/ day of _____, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Derek Santillo
819 Country St. Apt. 72D
Taunton, MA  02780

John M. McLaughlin, Esq.