**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS  (Eastern Division)**

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: **03cv12393 RCL** |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER FOR NOTICE OF REQUEST** |
| vs. | ) **FOR DEFAULT** |
| | ) |
| Derek Santillo | ) |
| | ) |
| Defendant | ) |

Upon requests of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

BY THE COURT

_____
Deputy Clerk