

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

March 22, 2004

By virtue of this writ I have made diligent search for the within-named Derek Santillo and for his/her/its last and usual place of abode, and for his tenant, agent, or attorney, but could not find him/her/it within this county; I therefore return this writ without service. Diligent Search ($10.00) Total Charges $10.00

Deputy Sheriff Roger B. Whitcomb

_____ Deputy Sheriff

☐ Other (specify): _____

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

March 31, 2004

I hereby certify and return that on 3/31/2004 at 08:02 am I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Corporate Disclosure, Case Coversheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Derek Santillo, 819 County Street Apt. #D-72 Taunton, MA 02780 and by mailing first class mail to the above-mentioned address on 3/31/2004. Copies ($4.00), Conveyance ($3.75), Travel ($17.60), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $58.60

Deputy Sheriff Richard W. Hinkley

_____ Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.