UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DIRECTV, INC.**

**V.**                           **CIVIL ACTION NO. 03-12393-RCL**

**DEREK SANTILLO**

### NOTICE OF DEFAULT

Upon application of the plaintiff, **Directv, Inc.**, for order of Default for failure of the defendant, **Derek Santillo** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 25th day of May, 2004.

TONY ANASTAS, CLERK

By: /s/ Lisa M. Hourihan
Deputy Clerk

May 25, 2004