UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DIRECTV, INC.,**
    **Plaintiff**

**V.**                                             **CIVIL ACTION NO. 03-12393-RCL**

**DEREK SANTILLO,**
    **Defendant**

**PROCEDURAL ORDER ON DEFAULT**

**LINDSAY, D.J.**

On <u>May 25, 2004</u>, notice(s) of default was/were issued as to defendant(s) <u>Derek Santillo</u> pursuant to Rule 55(b), Fed.R.Civ.P.  If the plaintiff intends to move for judgment by default (including a proposed form of judgment by default), it shall do so on or before <u>October 15, 2004</u>. Failure to do so may result in dismissal.

September 28, 2004                     By the Court,

                                               /s/ Lisa M. Hourihan

_____

                                               Deputy Clerk